# JS-6

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEODEL SHIELA NELSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA'S SECRET STORES, LLC and ,<br><br>Defendant. | Case No.: 5:21-cv-01275-JVS-SHK<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**[F.R.C.P. 41]**<br><br>Civil Unlimited<br><br>Judge: Honorable James V. Selna |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Date: November 16, 2022

_____
HONORABLE JAMES V. SELNA
Judge, United States District Court

---